IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH CAMPBELL,<br><br>                Plaintiff,<br><br>   v.<br><br>ROYAL BANK SUPPLEMENTAL EXECUTIVE RETIREMENT PLAN,<br><br>                Defendant. | CIVIL ACTION<br>NO. 19-798 |

## JUDGMENT

**AND NOW,** this 2nd day of September 2022, in accordance with the Opinion of the Court issued this day and pursuant to Federal Rule of Civil Procedure 58, it is **ORDERED** that on Plaintiff Joseph Campbell's claim for benefits pursuant to ERISA § 502(a)(1)(B), 29 U.S.C. § 1132(a)(1)(B), judgment is entered in favor of Plaintiff and against Defendant Royal Bank Supplemental Executive Retirement Plan in the amount of $432,026 plus interest, attorney's fees and costs.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.