IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH CAMPBELL,<br><br>      Plaintiff,<br> v.<br><br>ROYAL BANK SUPPLEMENTAL<br>EXECUTIVE RETIREMENT PLAN,<br><br>      Defendant. | CIVIL ACTION<br>NO. 19-798 |

## ORDER

**AND NOW**, this 20th day of December 2022, upon consideration of Plaintiff's Motion for Attorneys' Fees, Interest and Costs (Doc. No. 70), Defendant's Response in Opposition (Doc. No. 75), Plaintiff's Reply (Doc. No. 78), Defendant's Supplemental Submission in Opposition (Doc. No. 85), and Plaintiff's Reply Memorandum (Doc. No. 86), it is **ORDERED** as follows:

1. The Motion for Attorneys' Fees, Interest and Costs (Doc. No. 70) is **GRANTED in part** and **DENIED in part**.

2. Plaintiff is awarded $320,630.50 in attorneys' fees and $4,665.29 in costs.

3. Plaintiff is awarded prejudgment interest at an interest rate of 3.47%.

4. Plaintiff is entitled to post-judgment interest pursuant to 28 U.S.C. § 1961.

              BY THE COURT:


              /s/ Joel H. Slomsky
              JOEL H. SLOMSKY, J.